UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PATRICE SMITH, | |
| Plaintiff, | CIVIL ACTION |
| | FILE NO.: 7:23-cv-00098 |
| v. | |
| CAPTAIN D'S, LLC, | |
| Defendant. | |

## JOINT STIPULATION AND NOTICE OF DISMISSAL WITH PREJUDICE

The parties have settled the above-referenced action, and hereby stipulate to the dismissal of all claims in this action with prejudice. The parties shall bear their own costs and attorneys' fees with regard to this action and jointly file this notice of dismissal.

This 24th day of March 2025.

/s/ Paschal Glavinos Esq.
Georgia Bar No. 817127
For the Firm
Attorney for Defendants
MCMICKLE, KUREY & BRANCH, LLP
217 Roswell Street, Suite 200
Alpharetta, GA 30009
Telephone: (678) 824-7800
Facsimile: (678) 824-7801
pglavinos@mkblawfirm.com

M1332568.1 16712                          1

/s/O. Wayne Ellerbe Esq.
Georgia Bar No. 243700
Attorney for Plaintiff
THE ELLERBEE LAW FIRM, P.C.
1000 Slater Street
Valdosta, GA 31603
Telephone: (229) 242-2211
Facsimile: (229) 241-8332
wellerbee@bellsouth.net

SO ORDERED this 25th day of March, 2025.

*W. Louis Sands*

W. Louis Sands, Sr. Judge
United States District Court